IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 5:16-cr-47-RLV |
| v. | ) | |
| **TROY LYNN BELL** | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Troy Lynn Bell in the Bill of Indictment in the above-captioned case without prejudice.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Troy Lynn Bell in the above-captioned Bill of Indictment be dismissed without prejudice.

Signed: February 21, 2017

Richard L. Voorhees
United States District Judge